STATE

v.

Forrest SPEARS.

No. 80–165–M.P.

Supreme Court of Rhode Island.

June 12, 1980.

John P. Toscano, Jr., Town Sol., Charlestown, for plaintiff–respondent.

Murphy, Mullen & Jarret, Albert K. Antonio, William T. Murphy, Providence, for defendant–petitioner.

ORDER

The motion for stay of enforcement of the District Court judgment finding peti-

tioner in violation of the town zoning ordinance is granted. The motion for stay of the judgment finding petitioner in violation of the trailer ordinance is denied.

WEISBERGER, J., did not participate.